NAVPERS-601 (9-43)                                                9

Name __ISAACS, Gerald Le Roy__
(Name in full, surname to the left)

__864 67 91__ rate __Ptr3c   V6 SV__
(Service number)

Date reported aboard __21 March 1944__

__70th Naval Construction Battalion__
(Present ship or station)

__USNCTC, Davisville, R. I.__
(Ship or station received from)

Participated in the landings at OKINAWA, Ryukyu Islands between   1 April 1945 and 13 May 1945.

*H. M. Powell*

H. M. POWELL
Executive Officer
By direction

Entitled one (1) bronze star for Okinawa Gunto operation.
AUTH: ComAmphibGro-12 ltr. Serial 987 and AlPac 158/45.

Date transferred _____