| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | Andrew Straw; usame.webmaster@usdoj.gov |
| **Subject:** | CASE FILING: AMENDED COMPLAINT, Straw v. U.S. et. al., 2:25-cv-00378-JAW-KFW (D.Me.) |
| **Date:** | Wednesday, July 23, 2025 11:58:01 AM |
| **Attachments:** | AMENDEDCOMPLAINT_InRePhilippinesIndependence_ANDREWSTRAW_23JULY2025.pdf |
| | Ex1 - Tydings-McDuffie Act of 1934 Text.pdf |
| | Ex2 - BronzeStar-USN-GeraldLeRoyIsaacs-1945.pdf |
| | Ex3 - Perplexity on Takings Clause and Philippines Independence by Statute.pdf |
| | Ex4 - Perplexity - Straw on Unconstitutionality - excised.pdf |

**CAUTION - EXTERNAL:**

CASE FILING: **AMENDED COMPLAINT**, *Straw v. U.S. et. al.*, 2:25-cv-00378-JAW-KFW (D.Me.)

Amended Complaint Attached with 4 EXHIBITS.

Sincerely,

*[signature: Andrew A. D. Straw]*

ANDREW U. D. STRAW

**PHILIPPINES ADDRESS**

Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**

9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.