IN THE

# United States District Court
# for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: 2:25-cv-00378-JAW-KFW |
|    *Plaintiff,* | ) | |
| | ) | Hon. <u>John A. Woodcock Jr.</u> |
| v. | ) | Judge Presiding |
| | ) | |
| UNITED STATES & PHILIPPINES, | ) | Hon. <u>Karen Frink Wolf</u> |
|    *Defendants.* | ) | Magistrate Judge Presiding |

## MOTION TO TAKE JUDICIAL NOTICE OF AI EVALUATION OF THE

## IMPORTANCE OF THIS LAWSUIT ON STRAW'S OTHER

## LITIGATION BEFORE THIS COURT, AND BEYOND

I, plaintiff ANDREW U. D. STRAW, make the following MOTION:

## FACTS

1. The Magistrate Judge here has suggested that I am stateless in another case before this Court, thus preventing me from asserting diversity jurisdiction. *Straw v. Avvo, Inc.*, 2:25-cv-00391-JAW-KFW (D.Me.). *See*:

2. https://www.courtlistener.com/docket/70915481/straw-v-avvo-inc/

3. But this just bolsters the reason for a just outcome in this case in my favor.

4. The reason is that if I am still in **<u>a U.S. territory</u>** because the Act I challenge is unconstitutional in creating a new nation when **<u>Congress does not possess that power</u>**, I can have diversity jurisdiction under 28 U.S.C. Section 1332(e) because this is a U.S. territory and **<u>I am not actually outside the United States as a matter of law</u>**.

1

5.  That shows not only that my Takings issue grants me standing but also that whether I am inside or outside the United States affects another case, strongly implying that I have <mark>multiple rights at issue</mark> across two different federal court cases before this Court.

6.  I put the question of the importance of this constitutionality matter to Google's Gemini AI and it said that if I won this case and this law was found unconstitutional after my arguing this, it would *catapult me upwards* as a legal scholar and influence. It would directly impact how courts view me and the way I make new, novel arguments that have not been made before, but are in fact correct when I raise them. This would negate the idea that I am a frivolous filer also. That needs to be put to bed too. The issues I raise here is one of first impression. Congress has only attempted to do this, create a nation where there was none through legislation, one time, and I challenge it.

7.  I hereby incorporate by reference the Gemini evaluation as **Exhibit 1**.

WHEREFORE, I MOVE the Court to take judicial notice of **Exhibit 1**.

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: August 3, 2025.

Respectfully,

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **MOTION FOR JUDICIAL NOTICE** and **1 EXHIBIT** with the Clerk of the U.S. District Court for Maine by email on August 3, 2025.

Respectfully submitted,

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

EXHIBIT LIST

➢ **EXHIBIT 1**: Gemini AI evaluation of the importance of the constitutional question raised in this case.