IN THE
# United States District Court
## for Maine

ANDREW U. D. STRAW,       )     Case No.: 2:25-cv-00378-JAW-KFW
     *Plaintiff,*      )
                     )     Hon. <u>John A. Woodcock Jr.</u>
v.                    )     Judge Presiding
                     )
UNITED STATES & PHILIPPINES,  )     Hon. <u>Karen Frink Wolf</u>
     *Defendants.*    )     Magistrate Judge Presiding

## NOTICE

I, plaintiff ANDREW U. D. STRAW, make the following NOTICE:

## FACTS

1. The Philippines has suggested that I owe several thousand dollars in **Immigration Fines** for not renewing **my tourist visa**, with RSPPU asking those fines to be waived because the 6-year delay is not my fault.

2. If this Court declares that the Philippines was not constitutionally granted independence via the Act I challenge here, that means the government of the Philippines may not impose immigration fines on me, *per forza*.

3. This lends even more weight and urgency to the need to make the declarations I ask.

4. Given I have claimed the USA has violated me via its state and federal courts that keep accusing me of frivolous filings when I have never filed anything frivolous in any court, always with fact and law that I assert, whether I am in the United States or not adds another dimension to my asylum claim.

5. If this is in fact the United States, I can't claim asylum in the Philippines as part of the United States **against** the United States. If I want that status, I will have to go elsewhere. But I won't need it to stay in the Philippines. If it is still a territory of the United States, my U.S. passport is evidence of my U.S. citizenship and right to be here in the Philippines, as well as own land or anything else a U.S. citizen has a right to do inside the United States.

6. There are so many things riding on the unanswered questions before this Court from my COMPLAINT.

7. I hereby incorporate by reference CPA letter issued by the Philippines Department of Justice as **Exhibit 1**.

WHEREFORE, I make this NOTICE with **Exhibit 1**.


I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: <mark>August 3, 2025</mark>.


Respectfully,

*s/ ANDREW U. D. STRAW*

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

**CERTIFICATE OF SERVICE**

I, Andrew U. D. Straw, certify that I filed the above **NOTICE** and **1 EXHIBIT** with the Clerk of the U.S. District Court for Maine by email on <mark>August 3, 2025</mark>.

Respectfully submitted,

*[signature]*

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

**EXHIBIT LIST**

➢ **EXHIBIT 1**: RSPPU CPA LETTER WITH INDORSEMENT TO BUREAU OF IMMIGRATION, PHILIPPINES