| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | usame.webmaster@usdoj.gov; andrewudstraw@gmail.com; Andrew Straw |
| **Subject:** | FILING: NOTICE & 1 EXHIBIT. RE: Straw v. U.S. & Philippines, 2:25-cv-00378-JAW-KFW (D.Me.) |
| **Date:** | Sunday, August 3, 2025 6:38:42 AM |
| **Attachments:** | image.png<br>NOTICE_RSPPU-VISAFEES_08032025.pdf<br>Ex1 - CPA & Ind.BI.Andrew Straw.2025.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

RE: *Straw v. U.S. & Philippines*, 2:25-cv-00378-JAW-KFW (D.Me.)

https://www.courtlistener.com/docket/70866352/straw-v-united-states/

Dear Clerk of Court,

Please file my **NOTICE** and **1 EXHIBIT** into the above case.

Thank you.

Sincerely,

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733

Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.