| | |
|---|---|
| From: | Andrew Straw |
| To: | MED_Joint ECF Inbox |
| Cc: | usame.webmaster@usdoj.gov; Civil.Feedback@usdoj.gov; osec@doj.gov.ph; Andrew Straw; andrewudstraw@gmail.com |
| Subject: | FILING: MOTION FOR COURT SERVICE. Straw v. U.S. & Philippines, 2:25-cv-00378-JAW-KFW (D.Me.) |
| Date: | Monday, August 4, 2025 4:25:45 AM |
| Attachments: | image.png<br>MOTION-Service-08042025.pdf |
| Importance: | High |

**CAUTION - EXTERNAL:**

FILING: MOTION FOR COURT SERVICE
*Straw v. U.S. & Philippines,* 2:25-cv-00378-JAW-KFW (D.Me.)

FREE COURT DOCKET ACCESS:



STRAW v. UNITED STATES, 2:25-cv-00378 - CourtListener.com

Docket for STRAW v. UNITED STATES, 2:25-cv-00378 — Brought to you by Free Law Project, a non-profit dedicated to creating high quality open legal information.

www.courtlistener.com

https://www.courtlistener.com/docket/70866352/straw-v-united-states/

Dear Clerk of Court,

Please file the attached MOTION FOR COURT SERVICE into the above case's docket.

Thank you.

Sincerely,

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**

Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.